[Civ. No. 1721. Fourth Appellate District.—July 15, 1935.]

JOHN G. ZOBELEIN, Appellant, v. ROBERT DOMINGUEZ, as City Clerk, etc., et al., Respondents.

Hanna & Morton for Appellant.

Ray L. Chesebro, City Attorney, and G. Ellsworth Meyer, Deputy City Attorney, for Respondents.

MARKS, J.— In this case all issues presented are identical with those in the case of *Los Angeles Brewing Co.* v. *City of Los Angeles,* Civil No. 1720, the opinion in which has this day been filed (*ante,* p. 379 [48 Pac. (2d) 71]).

For the reasons there given, and upon the authorities there cited, the judgment in this case is affirmed.

Barnard, P. J., and Jennings, J., concurred.